UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE K. PRAGOVICH<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, AGENT #36-09437 JOSEPH CONROY AND GROUP MANAGER #43-15016 SAM ANDERSON,<br><br>Defendants. | Case No.  MC08-5010RBL/JKA<br><br>ORDER TO RESPOND |

This motion to quash third party subpoenas has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  The action was originally filed in this court on May 5, 2008, (Dkt. # 1).  The case was referred to this Magistrate Judge on May 20, 2008, (Dkt. # 5).  On June 16, 2008, the defendants appeared (Dkt # 6).  No response to the motion to quash subpoenas has been filed.

The government bears the initial burden of proving the subpoenas are issued for a valid purpose. Kondik v U.S., 81 F3d. 655 (6th Cir. 1996).  A response is mandated to make this showing.  Further, under Local Rule 7, failure to respond to a motion may be deemed as an admission the motion has merit.

The defendants will have until **July 11, 2008** to file a response.  Any reply plaintiff wishes to file must be filed on or before **July 18, 2008.**  This matter will be placed before the court on the **July 18, 2008,**

ORDER
Page - 1

1 court calendar.  Given the amount of time that has passed since the filing of the motion the court will be
2 disinclined to grant continuances of time in this matter.
3        The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendants
4 and note the date of **July 18, 2008**, on the court's calendar.

       DATED this 3 day of July, 2008.

                            /S/ *J. Kelley Arnold*
                            J. Kelley Arnold
                            United States Magistrate Judge