# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| GEORGE K. PRAGOVICH, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA *et al.*, <br><br> Respondents. | Case No. C08-mc-5010RBL/JKA <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's motion to quash a third party summons is **DENIED.**

(3) The counter motion to enforce the summons issued to Mr. Puhn is **GRANTED.** The court will set a hearing date after the United States serves Mr. Puhn with an application and provides notice to the court that it has done so.

(4) Cost for this action are **GRANTED** against Mr. Pragovich.

(5) The Clerk is directed to send copies of this Order to petitioner, counsel for respondents and to the Hon. J. Kelley Arnold.

DATED this 22nd day of August, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1