| | |
|---|---|
| 1 | HONORABLE RONALD B. LEIGHTON |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE K. PRAGOVICH,<br><br>Petitioner,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, JOSEPH CONROY, and SAM ANDERSON,<br><br>Respondents.<br><br>UNITED STATES OF AMERICA,<br><br>Counter-Petitioner,<br><br>v.<br><br>R. SCOTT PUHN,<br><br>Counter-Petition Respondent. | Case No. C08-MC-5010RBL<br><br>ORDER TO SHOW CAUSE |

THIS MATTER comes on before the above-entitled Court upon the United States' Motion for Contempt [Dkt. #16]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

On April 15, 2008, the Internal Revenue Service issued an administrative summons to third party R. Scott Puhn and served the summons on Puhn on that date. On May 5, 2008, Petitioner George Pragovich filed

ORDER
Page - 1

a motion to quash the third party summons (Dkt. #1). The Court has jurisdiction over this matter pursuant to 26 U.S.C. § 7604(a) because Puhn resides in Poulsbo, Washington within the Court's jurisdiction.

The United States filed its response on July 10, 2008 (Dkt. #11) asking the Court to deny the motion to quash and enforce the third party summons issued to Puhn, pursuant to 26 U.S.C. § 7609(b)(2)(c). The Court entered an order granting both of the United States' requests on August 22, 2008 (Dkt. #14).

Puhn was served personally on October 16, 2008 with a copy of the order, Petitioner's Petition to Quash Third-Party Summons and brief in support, the United States' Response in Opposition to Petition to Quash, United States' Counter-Petition to Enforce Third-Party Summons and brief in support, Petitioner's reply to the United States' response, and a copy of the original administrative summons. Proof of this service was filed with the Court on October 28, 2008 (Dkt. #15).

On April 14, 2009, the United States moved to hold third party R. Scott Puhn in civil contempt alleging that Puhn has failed to produce the summonsed documents as required by the Court's Order of August 22, 2008. Therefore, it is hereby:

ORDERED that the summons recipient, R. Scott Puhn, appear before the Honorable Ronald B. Leighton, in Courtroom B in the United States Courthouse, Western District of Washington, 1717 Pacific Avenue, Tacoma, Washington on the 29th day of May, 2009, at 2:00 p.m., to show cause why he should not be held in contempt for his failure to obey the Court's Order of August 22, 2008.

It is further ORDERED that:

1. A copy of this Order shall be served in accordance with Rule 4 of the Federal Rules of Civil Procedure upon R. Scott Puhn within 21 days of the date that this Order is served upon counsel for the United States or as soon thereafter as possible. Pursuant to Rule 4.1, the Court hereby appoints Revenue Agent Joseph Conroy, or his designee, to effect service in this case.

2. Proof of service done pursuant to paragraph 1, above, shall be filed with the Clerk as soon as practicable.

Dated this 20th day of April, 2009.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 3