

08-MC-05010-ORD

```
_____ FILED _____ LODGED
_____ RECEIVED

AUG 21 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GEORGE K. PRAGOVICH,<br><br>    Petitioner,<br><br>    v.<br><br>INTERNAL REVENUE SERVICE,<br>JOSEPH CONROY, and<br>SAM ANDERSON,<br><br>    Respondents.<br><br>UNITED STATES OF AMERICA,<br><br>    Counter-Petitioner,<br><br>    v.<br><br>R. SCOTT PUHN,<br><br>    Counter-Petition Respondent | Case No. 3:08-MC-05010-RBL<br><br>PROPOSED ORDER GRANTING MOTION<br>TO WITHDRAW AND VACATE HEARING;<br>CERTIFICATE OF SERVICE<br><br>Judge Ronald B. Leighton |

PROPOSED ORDER GRANTING MOTION TO WITHDRAW AND VACATE HEARING
(C3:08-MC-05010-RBL)

JEFFREY C. SULLIVAN,
United States Attorney
SHANA M. STARNES
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, DC 20044-7238

1                                   **ORDER**

2     Upon the United States' motion, and good cause shown,

3     **IT IS ORDERED** that the United States' motion to withdraw

4 it's motion for contempt and to vacate the hearing currently set

5 in this matter for August 27, 2009 is **GRANTED**.

6     DATED: August 21st, 2009

7
8                           By: _____
9                     for Honorable Ronald B. Leighton
10                     United States District Court Judge

PROPOSED ORDER GRANTING MOTION TO WITHDRAW AND VACATE HEARING
(C3:08-MC-05010-RBL)
                                                     JEFFREY C. SULLIVAN,
                                                   United States Attorney
                                                      SHANA M. STARNES
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice
                   P.O. Box 7238, Ben Franklin Station
                               Washington, DC  20044-7238
- 2 -      Telephone: (202) 616-1707

```
 1                                  Respectfully submitted,

 2                                  JEFFREY C. SULLIVAN
 3                                  United States Attorney

 4                                  s/Shana M. Starnes
 5                                  SHANA M. STARNES
 6                                  Trial Attorney, Tax Division
 7                                  U.S. Department of Justice
 8                                  Post Office Box 7238
 9                                  Ben Franklin Station
10                                  Washington, D.C.   20044
11                                  Telephone: (202) 616-1707

12                                  Attorneys for United States of
13                                  America
14


15

16
```

PROPOSED ORDER GRANTING MOTION TO WITHDRAW AND VACATE HEARING
(C3:08-MC-05010-RBL)
                                        JEFFREY C. SULLIVAN,
                                        United States Attorney
                                        SHANA M. STARNES
                                  Trial Attorney, Tax Division
                                     U.S. Department of Justice
                         P.O. Box 7238, Ben Franklin Station
                                        Washington, DC  20044-7238
                         - 3 -        Telephone: (202) 616-1707

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing PROPOSED ORDER GRANTING MOTION TO WITHDRAW AND VACATE HEARING was served on the parties by electronically filing it with the Clerk of Court using the CM/ECF service and by first class mail to the address listed below, on August 19, 2009.

George K. Pragovich
135 Westfield Court Unit 1505
Clarksville, TN 37040
Petitioner

/s/ SHANA M. STARNES
SHANA M. STARNES
Trial Attorney, Tax Division
U.S. Department of Justice

PROPOSED ORDER GRANTING MOTION TO WITHDRAW AND VACATE HEARING
(C3:08-MC-05010-RBL)

JEFFREY C. SULLIVAN,
United States Attorney
SHANA M. STARNES
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, DC 20044-7238
Telephone: (202) 616-1707

- 4 -